IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENN JOSEPH TURNER** | : | **CIVIL ACTION** |
| a/k/a " **GLEN JOSEPH TURNER**" | : | **NO: 07-4846** |
| Petitioner, | : | |
| | : | |
| vs. | : | **CRIMINAL** |
| | : | **NO: 82-00027-R** |
| **UNITED STATES OF AMERICA** | : | **NO: 07-685** |
| Respondent. | : | |

## O R D E R

**AND NOW**, this 20th day of October, 2008, upon consideration of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells dated September 24, 2008 (Document No. 16), Petitioner's Objections to Report and Recommendation (Document No. 17), and the record in this case, the Court concluding that all of the issues raised in the Objections were addressed in the Report and Recommendation, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells dated September 24, 2008, is **APPROVED** and **ADOPTED**;

2. Petitioner's Objections to Report and Recommendation are **OVERRULED**;

3. Petitioner's *pro se* Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 is **DENIED**; and,

4. A certificate of appealability will not issue because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right or this Court's

procedural rulings with respect to petitioner's claims.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

<u>/s/ Honorable Jan E. DuBois</u>
       **JAN E. DuBOIS, J.**